**Boaz PLEASANT-BEY,**
**Plaintiff-Appellant,**

v.

**The CITY OF BALTIMORE,**
**Defendant-Appellee.**

**No. 17-6039**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 26, 2017

Boaz Pleasant-Bey, Appellant Pro Se.

Before KING, AGEE, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Boaz Pleasant-Bey appeals the district
court's order denying his civil complaint
seeking rejection of his United States citizenship. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the district court. *Boaz Pleasant-Bey v. The City
of Baltimore*, No. 8:16-cv-03879-DKC, 2016
WL 7491624 (D. Md. Dec. 30, 2016). We
grant the Appellant's motion to file a pro
se handwritten brief. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argument would not aid the decisional process.

*AFFIRMED*